IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RICHARD WESSELS, <br><br> Plaintiff, <br><br> v. <br><br> BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET US RECONSTRUCTION, LLC, <br><br> Defendants. | Case No. 18-cv-00097-KEM <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The plaintiff, Richard Wessels ("Plaintiff"), and the defendants, Biomet, Inc., Biomet Orthopedics, LLC and Biomet Reconstructions, LLC ("Defendants"), stipulate that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: *[signature]*

Dated: 5/24/2021

Justin Prenal
SIMMONS HANLEY CONROY LLC
5216 Cascades Ddrive
College Station, TX 77845
T: (618) 259-222
Jprenal@simmonsfirm.com

Gary J. Shea
GARY J. SHEA LAW OFFICES
425 Second Street, S.E., Suite 1010
Cedar Rapids, IA 52401
T: (319) 362-3153
Garyjshea@aol.com

*Attorneys for Plaintiff*

By: *[signature]*

Dated: 6/25/2021

Thomas J. Joensen
Stephanie A. Koltookian
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
T: (515) 447-4704
stephanie.koltookian@faegredrinker.com
tom.joensen@faegredrinker.com

Michelle M. Tessier
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Suite 2200
Minneapolis, MN 55402
T. (612) 766-8724
michelle.tessier@faegredrinker.com

*Attorney for Defendants*

US.132785022.01